**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID JAROSLAWICZ,<br><br>                     Plaintiff,<br><br>          -against-<br><br>ADAM AMITAI,<br><br>                     Defendant. | Civil Action No.: 1:26-cv-5160<br><br><br><br>**NOTICE OF MOTION TO DISMISS** |

**COMES NOW** Defendant, Adam Amitai, by and through his undersigned counsel of record, submits this Notice of his Motion to Dismiss.  A supporting memoranda is filed concurrently with this submission.

Defendant moves to dismiss Plaintiff's claims on the following bases:

1.      Pursuant to Rule 12(b)(2), Defendant seeks dismissal of the entire Action in favor of a mandatory forum selection clause in the SAFE agreement that serves as the basis for Plaintiff's claims.

2.      Pursuant to Rule 12(b)(6), Defendant seeks dismissal of Plaintiff's first claim (breach of contract) based upon the undisputed fact that Defendant is not a party to the SAFE agreement at issue.

3.      Pursuant to Rule 12(b)(6) and Rule 9(b), Defendant seeks dismissal of Plaintiffs second claim (common-law fraud) for failure to plead with the requisite particularity.

4.      Pursuant to Rule 12(b)(6), Defendant seeks dismissal of Plaintiff's third claim (NY GBL 349), because that statute (New York's consumer protection statute) is not applicable to Plaintiff's claims for the sale of securities.

1

Dated: June 25, 2026
Kansas City, MO

**BOCHNER PLLC**

/s/ *Samuel L. Blatnick*
Samuel L. Blatnick, Esq.
1040 Avenue of the Americas, 15th Floor
New York, New York 10018

and

107 w. 9th Street
2d Floor
Kansas City, MO 64108
(646) 971-0685
sblatnick@bochner.law

*Attorney for Defendant*