UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JAROSLAWICZ

Plaintiff,

-v-

ADAM Amitai,

Defendant.

26-cv-5160

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of defendant's motion to dismiss. See ECF No. 5. After full and careful consideration of the parties' submissions, the Court hereby grants the motion to dismiss. An opinion setting for the reasons will follow in due course. Discovery and all other aspects of the case are hereby stayed until that opinion is issued.

SO ORDERED.

New York, NY
September 18, 2026

JED S. RAKOFF, U.S.D.J.