UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JAROSLAWICZ,

Plaintiff,

-against-

ADAM AMITAI.,

Defendant.

26 CIVIL 05160 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Order dated October 13, 2026, the Defendant's motion to dismiss is granted. This is even more telling in view of the fact that, after defendant filed his motion to dismiss the original complaint, plaintiff filed his First Amended Complaint with full knowledge of the deficiencies raised by defendant. Therefore, the dismissal is with prejudice.; accordingly, the case is closed.

**Dated:** New York, New York
October 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**